# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-1941
_____

Kevin Moore Bey

*Plaintiff - Appellant*

v.

Lt. Charles Carver

*Defendant - Appellee*

Alexander Downing; Cheryl Boyer, C.O. I; Unknown Kitchell, C.O. I; Sgt.
Unknown McDonald; Sgt. Unknown Scaggs; Sgt. Unknown Walters; Unknown
Conway, Officer; Unknown Pain, C.O. I; Chad Lawson, Case Manager; Nurse
Unknown Lacey; Nurse Jane Doe; Paul Blair; Jody Glore; Jennifer Price

*Defendants*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: February 4, 2026
Filed: February 18, 2026
[Unpublished]
_____

Before LOKEN, KELLY, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Missouri inmate Kevin Bey appeals after the district court[1] dismissed his claims against some defendants and granted summary judgment in favor of the remaining defendant in his pro se 42 U.S.C. § 1983 action. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal. For the reasons stated by the district court, we affirm the judgment. *See* 8th Cir. R. 47B.

———————————————

[1]The Honorable John A. Ross, United States District Judge for the Eastern District of Missouri.